CITY OF NEW ROCHELLE, Appellant, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Respondent, and Another, Defendant.— In an action for a declaratory judgment, declaring the rights of the respondent under certain franchises for the operation of a street surface railroad, and for an injunction restraining the continued operation of a trolley line known as the "A" line, judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [176 Misc. 1044.]

THE CITY OF NEW YORK, Respondent, v. THE UNITED STATES LAND AND IMPROVEMENT COMPANY, LIMITED, and Others, Defendants, and THE BROOKLYN AND JAMAICA BAY TURNPIKE COMPANY, Appellant.— Action by the City of New York to cancel leases of land in Jamaica Bay on the ground of fraud, and upon the amended complaint, to cancel on the ground that the lessor, the Town of Jamaica, never had authority to make the grant. Judgment in favor of plaintiff unanimously affirmed, with costs. The findings that the leases were conceived in fraud, and that the appellant did not pay rent to the plaintiff are approved. In addition this court finds that the town board of Jamaica did not have authority to execute the leases, and that the defenses pleaded in the answer have not been established. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

KATHERINE DEVINE, Respondent, v. DONALD HORNE, Appellant, ARLEN G. SWIGER and Others, Respondents, and Others, Defendants.— Action by an assignee to enforce an attorney's lien. Order denying motion to amend or resettle judgment so as to strike therefrom the words "on the merits" and to substitute therefor the words "without prejudice," with respect to the dismissal of a counterclaim, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ. concur.

WALTER F. DOWNEY, as Receiver of the FIRST NATIONAL BANK AND TRUST COMPANY OF YONKERS, NEW YORK, Respondent, v. MURIEL N. STIEGLITZ, Individually and as Testamentary Guardian of PERRY J. STIEGLITZ, and PERRY J. STIEGLITZ, Appellants, and Others, Defendants.— Action for a declaratory judgment that the rights of the assignee of policies of life insurance are superior to the rights of the named beneficiaries in the proceeds of the policies. Judgment in favor of plaintiff on the merits unanimously affirmed, with costs. The terms of the policies permitted change of beneficiaries and assignment of the policies (Davis v. Modern Industrial Bank, 279 N. Y. 405) and the subsequent indorsements on the policies did not limit or restrict the rights of the insured in that respect. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.